## 35197. KOPESCHKA v. KOPESCHKA.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED AUGUST 30, 1979 — DECIDED OCTOBER 23, 1979.

*Torin D. Togut,* for appellant.
*David King,* for appellee.